# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN FRANCIS ARPINO,
Petitioner,

vs.

THE FIRST JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CARSON CITY,
Respondent.

No. 80474

FILED

MAY 07 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This pro se petition was docketed in this court on January 24, 2020, without payment of the requisite filing fee. On March 2, 2020, this court issued an order directing petitioner to pay the filing fee or file an affidavit demonstrating his inability to pay within 30 days. The order cautioned petitioner that failure to comply "will result in the dismissal of this petition." To date, petitioner has not complied. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     John Francis Arpino
        Attorney General/Carson City
        Carson City Clerk

---

[1] This order renders moot petitioner's January 24, 2020, motion to extend prison copy work limit.


20 - 17413